UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KARL PETERS                                           CIVIL ACTION

VERSUS                                                NO. 17-2598

DARREL VANNOY                                SECTION "R" (2)

## **ORDER**

Before the Court is petitioner Karl Peters' petition for habeus corpus pursuant to 28 U.S.C. § 2254.[1] The Court has reviewed *de novo* the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation,[2] and the petitioner's objection.[3] The Magistrate Judge correctly determined that petitioner's claims are meritless. Petitioner's objection merely requests an appeal to the Fifth Circuit.[4] It does not raise any factual or legal issues.[5] Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion therein.

Rule 11 of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Before entering the final order,

---

[1]      R. Doc. 4.
[2]      R. Doc. 21.
[3]      R. Doc. 22.
[4]      *Id.* at 1.
[5]      *See Id.*

the court may direct the parties to submit arguments on whether a certificate should issue." Rules Governing Section 2254 Proceedings, Rule 11(a). A court may issue a certificate of appealability only if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); Rules Governing Section 2254 Proceedings, Rule 11(a) (noting that § 2253(c)(2) supplies the controlling standard). The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] 'adequate to deserve encouragement to proceed further.'" *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (quoting *Slack v. MacDaniel*, 529 U.S. 473, 475 (2000)).

For the reasons stated in the Report and Recommendation, petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, IT IS ORDERED that the petition is DISMISSED WITH PREJUDICE. The Court will not issue a certificate of appealability.

New Orleans, Louisiana, this __3rd__ day of April, 2019.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE